# RULESS PIERRE

Tel. (516) 662-9358
rulessp@gmail.com

March 31, 2020

<u>Via ECF</u>

Hon. Judge J. Paul Oetken
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: *SEC vs. Ruless Pierre, et. Al. (19 cv. 10299)*

Your Honor:

    I am the defendant in this case. I am also the defendant in the corresponding criminal case, U.S. v. Ruless Pierre (19 cr. 00783 (SHS). On March 4, 2020 at a conference in front of Judge Stein, I completed the form applying for CJA counsel to be appointed as I am not in the financial position to retain any private attorneys, and CJA counsel was assigned to me.

    I am writing to request a stay in this matter (19 cv. 00783) being brought by the SEC so that I can focus on and litigate the criminal case with my new CJA attorney. I have previously been provided copies of the Summons and Complaint in this action and I am now beginning to work with the SDNY's Pro Se office to assist me in this case going forward.

    The SEC attorneys take no position on this request.

Sincerely,

RULESS PIERRE

> Granted. This case is stayed pending the parallel criminal proceeding. The parties shall notify the Court within twenty-one days of the conclusion of the criminal proceeding. Until that time, the parties shall file a joint status update on or before June 1, 2020, and every ninety days thereafter.
>   So ordered.
>   April 2, 2020

_____
J. PAUL OETKEN
United States District Judge