UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                   :

SECURITIES AND EXCHANGE COMMISSION,   :

                              Plaintiff,                 :

                                                  :     19 Civ. 10299 (JPC)

                            -v-                          :

                                                  :         <u>ORDER</u>

RULESS PIERRE and R. PIERRE CONSULTING  :
GROUP LLC,                                           :

                              Defendants.             :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Pursuant to the Court's Order dated October 7, 2020, the parties next status letter was due on April 21, 2021. *See* Dkt. 17. The parties failed to file a status letter on that date. Within three weeks of the filing of this Order, it is hereby ordered that the parties must file on ECF the joint letter described in the Court's October 7, 2020 Order.

       SO ORDERED.

Dated: June 1, 2021
       New York, New York                                      JOHN P. CRONAN
                                                                    United States District Judge