```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES AND EXHANGE COMMISSION,                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :         19 Civ. 10299 (JPC)
        -v-                                                      :
                                                                 :                ORDER
RULESS PIERRE and R. PIERRE CONSULTING                           :
GROUP LLC,                                                       :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court previously ordered the parties to file a status letter on or before October 18, 2021. Dkt. 24. The parties failed to file a letter by that date. From the docket in Defendant's criminal case, *United States v. Pierre*, No. 19 Civ. 783 (SHS) (S.D.N.Y.), it appears that Defendant's sentencing has been adjourned until December 28, 2021. The parties are thus ordered to file the previously ordered joint status letter on or by December 30, 2021.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge