UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,    :
:
Plaintiff,    :
:                    19 Civ. 10299 (JPC)
-v-    :
:                    ORDER
RULESS PIERRE,    :
:
Defendant.    :
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 30, 2022, the Court directed the parties to file a status letter regarding next steps in this case by June 3, 2022, and directed the SEC to serve the Order on Plaintiff and note service on the docket.  Dkt. 38.  The Court has not received the letter, and the SEC has not noted service on the docket.  The deadline to submit the letter is extended to June 15, 2022.  The SEC shall serve this Order and the Order at Docket Number 38 on the Plaintiff by the methods described in the Court's prior Order by June 8, 2022, and file proof of service on the docket by June 9, 2022.

SO ORDERED.

Dated: June 7, 2022
       New York, New York                              _____
                                                       JOHN P. CRONAN
                                                       United States District Judge