

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

July 11, 2022

<u>Via ECF</u>

Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The request is granted; SEC shall move for summary judgment by September 2, 2022, Pierre shall oppose by December 2, 2022, and SEC shall reply by December 21, 2022.

SO ORDERED
Date: July 12, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   <u>SEC v. Pierre, 19 Civ. 10299 (JPC)</u>

Dear Judge Cronan:

The SEC respectfully requests that the briefing schedule for the SEC's motion for summary judgement be extended by 45 days in order to allow the Commission the opportunity to consider whether or not any additional monetary relief should be sought against Defendant Ruless Pierre ("Pierre") given his sentence in the parallel criminal action (19-cr-783)(SDNY)(SAS)), which includes a restitution order requiring Pierre to pay $2,030,337.32 a forfeiture order requiring Pierre to pay $3,701,893,81, and a criminal sentence of 84 months of incarceration followed by three years of supervised release.

Should the Court grant the SEC's request, the new briefing schedule would be as follows:

SEC files its motion for summary judgment:  August 29
Pierre files his opposition to the motion:  November 28
SEC files its reply brief:  December 15

This is the SEC's first request for an extension of the briefing schedule for the motion. We thank the Court for its consideration of this briefing schedule. We are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

_____/s/ Todd D. Brody_____
Todd D. Brody
Senior Trial Counsel

cc:   Defendant Ruless Pierre