```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SECURITIES AND EXCHANGE COMMISSION,                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :    19 Civ. 10299 (JPC)
        -v-                                                            :
                                                                       :    ORDER
RULESS PIERRE,                                                         :
                                                                       :
                              Defendant,                               :
                                                                       :
        -and-                                                          :
                                                                       :
R. PIERRE CONSULTING GROUP LLC,                                        :
                                                                       :
                              Relief Defendant.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record at the conference held earlier today, this case is stayed pending the earlier of the Second Circuit's resolution of the appeal in *United States v. Pierre*, No. 22-1274 (2d. Cir), or further order from this Court, subject to any objections to a stay raised by Defendant.[1]  If Defendant objects to the imposition of a stay, Defendant may make a submission to this Court explaining the grounds for his objection.

Plaintiff is directed to email a copy of this Order to Defendant's counsel in Defendant's appeal before the Second Circuit.  The Clerk of Court is respectfully directed to send a copy of this

---

[1] Plaintiff undertook efforts with USP Canaan to arrange for Defendant's appearance by telephone at today's conference, yet he did not appear.  At the conference, Plaintiff advised the Court that it does not oppose a brief stay of this case pending the Second Circuit appeal.

Order to Defendant by overnight mail to:

    Ruless Pierre
    Reg. No. 87408-054
    USP Canaan
    U.S. Penitentiary
    P.O. Box 300
    Waymart, Pennsylvania 18472

    SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge