UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SECURITIES AND EXCHANGE COMMISSION,                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :
            -v-                                                        :    19 Civ. 10299 (JPC)
                                                                       :
RULESS PIERRE,                                                         :    ORDER
                                                                       :
                              Defendant,                               :
                                                                       :
            -and-                                                      :
                                                                       :
R. PIERRE CONSULTING GROUP LLC,                                        :
                                                                       :
                              Relief Defendant.                        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 20, 2024, the Second Circuit affirmed Defendant Ruless Pierre's criminal conviction. *United States v. Pierre*, No. 22-1274, 2024 WL 676373 (2d Cir. Feb. 20, 2024). Given this development, the Court will conduct a status conference in this case by telephone on Tuesday, April 16, 2024, at 3:00 p.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261, and should be prepared to discuss whether the Court should the lift the stay previously entered pending resolution of Defendant's appeal. *See* Dkt. 53.

By April 10, 2024, Plaintiff is directed to serve this Order on Defendant by emailing it to any email addresses the Plaintiff has for Defendant, emailing it to Defendant's counsel in the recently-decided Second Circuit appeal, and sending by overnight mail to:

    Ruless Pierre
    Reg. No. 87408-054
    USP Canaan
    U.S. Penitentiary
    P.O. Box 300
    Waymart, Pennsylvania 18472

Plaintiff must then file proof of such service of this Order on the docket.  Plaintiff also shall work with staff at USP Canaan to arrange for Defendant's telephonic appearance at the April 16, 2024 conference.

    SO ORDERED.

Dated: April 5, 2024  
       New York, New York                                JOHN P. CRONAN  
                                                    United States District Judge