UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -v-                                               19 Civ. 10299 (JPC)

RULESS PIERRE,                                   ORDER

                Defendant,

      -and-

R. PIERRE CONSULTING GROUP LLC,

                Relief Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Earlier today, April 16, 2024, the Court held a conference to discuss whether the stay previously imposed in this case should be lifted.  *See* Dkt. 54.  As discussed with the parties, and upon consent of both parties, the stay imposed by the Court on August 30, 2023, is lifted.

       SO ORDERED.

Dated: April 16, 2024
       New York, New York                              _____
                                                           JOHN P. CRONAN
                                                       United States District Judge